IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN COOPER**, *et al.* : | **CIVIL ACTION** |
| *Plaintiffs* : | |
| : | **NO. 12-6662** |
| **v.** : | |
| : | |
| **LIFE STAR AMBULANCE, INC.**, *et al.* : | |
| *Defendants* : | |

# ORDER

**AND NOW,** this 3rd day of April 2014, upon notification that the issues between Plaintiffs and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendants are DISMISSED with prejudice, without cost, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed for statistical purposes. It is further ORDERED that any outstanding motions are DENIED AS MOOT.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.